CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJu
JAN 09 2015
JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID A. BROWN, | ) | Civil Action No. 7:14-cv-00224 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LARRY T. EDMONDS, | ) | By: Hon. Jackson L. Kiser |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to substitute respondent is **GRANTED**; the Clerk shall **UPDATE** the caption; Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel for Respondent.

ENTER: This __9th__ day of January, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge